# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ELIZABETH ANN KUC, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-00433-MHH-SGC |
| KIMBERLY NEELY, Warden, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The petitioner, Elizabeth Ann Kuc, a federal inmate proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). On February 28, 2024, the magistrate judge entered a report in which she recommended that the Court deny Ms. Kuc's petition because Ms. Kuc did not fully exhaust her administrative remedies before she applied for habeas relief. (Doc. 13). The magistrate judge advised Ms. Kuc of her right to file written objections to the report and recommendation within 14 days; to date, the Court has not received objections or other any response from Ms. Kuc.

After review of the electronic record in this case and the magistrate judge's report, the Court adopts the report and accepts the recommendation. (Doc. 13). Consistent with that recommendation, by separate order, the Court will deny Ms. Kuc's petition without prejudice for failure to exhaust administrative remedies.

**DONE** and **ORDERED** this March 21, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE